In the Matter of JACK MORGENBESSER, Appellant, against PHILIP J. McCOOK, a Justice of the Supreme Court of the State of New York, Respondent.

Argued April 10, 1940; decided April 26, 1940.

*Sydney Rosenthal* and *Benjamin J. Jacobson* for appellant.
*Thomas E. Dewey, District Attorney (Manuel Robbins* and *Stanley H. Fuld* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.